AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| JOANN MURRAY <br><br> *Plaintiff* <br> v. <br> CREDIT PROTECTION ASSOCIATION, LP <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **10 3106** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CREDIT PROTECTION ASSOCIATION, LP
c/o CT Corporation System
388 State St., Ste. 420
Salem, OR  97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Trigsted
Trigsted Law Group
5200 SW Meadows Rd.
Suite 150
Lake Oswego, OR  97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT      MARY L. MORAN

Date: 10/1/10

*Signature of Clerk or Deputy Clerk*

Certified to be a true and correct
copy of original filed in this District.
Dated 10/1/10
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk
Pages ___ / ___ Through ___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10 3106

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Credit Protection Association, LP
was received by me on *(date)* 10/11/2010

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Denise Wipper, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System, Reg Agent for Credit Protection Asso. on *(date)* 10/15/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/18/10

*Server's signature*

Kim Herandez, Process Server
*Printed name and title*

PO Box 70127, Eugene, OR 97401
*Server's address*

Additional information regarding attempted service, etc: